Court Ex. 1
3/2/15
2:28 pm

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 03.03.15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1312

RICHARD J. SULLIVAN
JUDGE

212-805-0264
FAX 805-7946

U.S. v. Epskamp
No. 12-cr-120 (RJS)

Ladies and gentlemen:

We are sending in the binders I mentioned previously. Could you please provide the Court Security officer with Mr. Mohammed's trial notepad, and could you send me a note indicating your choice of foreperson at your earlier convenience.

Thanks,

RJS

Mar 2nd, 2015
2:35 pm

The jury foreperson is

Thomas Whitman

(Juror #5)

[signature]

Court Ex. 3
3/2/15
3:00 pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1312

RICHARD J. SULLIVAN
JUDGE

212-805-0264
FAX 805-7946

To ensure that the verdict form more closely tracks my instructions on the law, I have attached corrected versions of the verdict form to be included in your binders and filled out by your foreperson once you have reached a verdict.

Please replace the verdict forms in your binders with these, and then disregard the earlier forms.

Thanks.

RJS

 Ct Ex 4

Mar 2, 2015

3:00 pm

May we have a copy of the court transcript -

[signature]

Thomas Whitman

Juror # 5

Court Ex. 5
3/2/15
3:20pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1312

RICHARD J. SULLIVAN
JUDGE

212-805-0264
FAX 805-7946

You have requested a copy of the entire trial transcript. However, it is likely to take quite some time to provide you with a copy of the transcript that redacts out those portions that are not evidence -- namely, the opening statements, summations, and side bars and other conferences that took place outside the presence of the jury. Accordingly, if you have particular requests with respect to individual witnesses or subjects, it may be more efficient to focus on those. Please let us know if there are particular portions of the transcript, or specific exhibits, that you would like to see.

RJS

 Court Ex 6

Mar 2nd,

3:30 PM

May we have a copy of Government Exhibit 311 and 312

311 Jaragua Hotel Record Dec 4th - Dec 7th

312 Jaragua Hotel Record Dec. 4 - Dec 11th

[signature]

Thomas Whitmen

Juror #5

 Govt Ex 7

3/2/15
5:05 PM

A juror is asking for clarification - if you have a majority vote, can that be considered a unanimous vote -

[signature]

Thomas Whitman
Juror #5

* Also - what is the protocol concerning the end of our day - when does the jury get dismissed for the day

Court A SxS
3/2/15
5:22 pm

CHAMBERS OF
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

In response to your most recent note -- your verdict must be unanimous, which means that all twelve of you must be in agreement. A majority vote is not sufficient.

With respect to how long you should deliberate today, that is entirely up to you. Although I expect that you will deliberate until 5:30, you are free to deliberate longer if you would like. If that is the case, please send me a note indicating how long you would like to deliberate this evening, so we can make the necessary arrangements. On the other hand, if you would like to conclude at 5:30 today and come back tomorrow morning to resume your deliberations, that is also fine. Let me know either way, and I will give you further instructions depending on your response.

RJS

Court Ex 9

Mar 2nd

5:30 PM

The jury would like to conclude its deliberation today - We will wait for your instructions.

[signature]

Thomas Whitman

Juror #5

Court Ex 11

March 3rd
9:35 am

The jury is all present -

[signature]

Thomas Whitmer
#5

Court Ex. 12
3/3/15
9:37 am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1312

RICHARD J. SULLIVAN
JUDGE

212-805-0264
FAX 805-7946

Good morning. You may resume your deliberations.

RJS

Court Ex 13

March 3rd
10:05 am

May we have transcript of Agent Thompson's testimony -

[signature]
Thomas Wickman
#5

 Court Ex. 14

March 3rd 2015
11:25

May we have the testimony of

Pilot Carlos Medina

[signature]
Thomas Whitman

#5

Court Ex 15
12:25

Mar 3, 2015

May we have the following

(1) Transcript 200-T-76

(2) Summary Phone Chart 203

(3) transcript of calls from Epskamp's 316 line

(4) 202-DR wire line sheets

[signature]

Thomas Whitman

#5

Gov't Ex 16
3/3/15
12:46 pm

CHAMBERS OF
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Attached are the exhibits you requested.

Your lunch should be arriving shortly. I will be excusing the lawyers and parties at 1:00 so they can also grab a bite to eat. If you have notes during that time, just hand them to the Court Security Officer as you normally would. Just be aware that it may take us a little longer to respond in light of the fact that it's lunchtime.

Thanks.

RJS

 Court Ex. 17

March 3, 2015

2:00 pm

The jury has reached a verdict –

[signature]

Thomas Coleman
Juror # 5

Court Ex 18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

NICOLAS EPSKAMP,

Defendant.

No. 12-cr-120 (RJS)

VERDICT FORM

Please answer these questions in the order given. Do *not* write anything on this form except to check a response or to sign and date the form.

**COUNT ONE**

Question 1

How do you find the defendant, NICOLAS EPSKAMP, a/k/a "Nico," a/k/a "The Journalist," with respect to **Count One**: conspiracy to possess with intent to distribute a controlled substance on board an aircraft registered in the United States?

Guilty ✓ Not Guilty______

If you answered Question 1 "Guilty," please proceed to Question 1a. If you answered Question 1 "Not Guilty," please proceed to Question 2.

Question 1a

If you find that the defendant, NICOLAS EPSKAMP, a/k/a "Nico," a/k/a "The Journalist," is "Guilty" with respect to **Count One**, do you find that the controlled substance involved was cocaine?

Yes ✓ No______

If you answered Question 1a "Yes," please proceed to Question 1b. If you answered Question 1a "No," please proceed to Question 2.

Question 1b

If you find that the defendant, NICOLAS EPSKAMP, a/k/a "Nico," a/k/a "The Journalist," is "Guilty" with respect to **Count One** and you find that the controlled substance involved was cocaine, how much cocaine was the defendant involved with?



5 kilograms or more of cocaine ✓

500 grams or more, but less than 5 kilograms of cocaine ______

**COUNT TWO**

Question 2

How do you find the defendant, NICOLAS EPSKAMP, a/k/a "Nico," a/k/a "The Journalist," with respect to **Count Two**: possessing with intent to distribute a controlled substance on board an aircraft registered in the United States, or aiding and abetting the same?



Guilty ✓ Not Guilty ______

If you answered Question 2 "Guilty," please proceed to Question 2a. If you answered Question 2 "Not Guilty," please proceed to Final Instruction.

Question 2a

If you find that the defendant, NICOLAS EPSKAMP, a/k/a "Nico," a/k/a "The Journalist," is "Guilty" with respect to **Count Two**, do you find that the controlled substance involved was cocaine?



Yes ✓ No ______

If you answered Question 2a "Yes," please proceed to Question 2b. If you answered Question 2a "No," please proceed to Final Instruction.

Question 2b

If you find that the defendant, NICOLAS EPSKAMP, a/k/a "Nico," a/k/a "The Journalist," is "Guilty" with respect to **Count Two** and you find that the controlled substance involved was cocaine, how much cocaine was the defendant involved with?

5 kilograms or more of cocaine ✓

500 grams or more, but less than 5 kilograms of cocaine ____________

Final Instruction

Please sign the form and notify the Marshal that you have reached a verdict.

Foreperson [signature] Date March 3RD, 2015